**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 24, 2014**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00315-CV

---

## WALTER P. MOORE & ASSOCIATES, INC., Appellant

## V.

## KENNEDY ASSOCIATES/ARCHITECTS, INC. D/B/A KAI DESIGN AND BUILD; KAI CONSTRUCTION SERVICES, LLC D/B/A KAI CONSTRUCTION, A MISSOURI LIMITED LIABILITY CORPORATION; AND KAI ALLIANCE, LC D/B/A KAI TEXAS, Appellees

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-45414**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 26, 2014. On July 15, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Busby, Donovan and Brown.